UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-mc-20215 (FAM)**

IN RE APPLICATION OF THE FREE AND SOVEREIGN
MEXICAN STATE OF QUINTANA ROO FOR JUDICIAL
ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

    Plaintiff

vs.

**N/A**

    Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS

Attorney _____**Elizabeth M. Velez**_____ files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm: **Lewis Baach Kaufmann Middlemiss PLLC**

    Address: 405 Lexington Ave., 62nd Floor
                 New York, NY 10174
                 (646) 965-8830

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

N/A

Dated: **January 16, 2019**

Respectfully submitted,

**Elizabeth M. Velez**         **0073614**
*Attorney Name*                *Bar Number*

**elizabeth.velez@lbkmlaw.com**
*Attorney E-mail Address*

**Lewis Baach Kaufmann Middlemiss PLLC**
*Firm Name*

**405 Lexington Ave., 62nd Floor**
*Street Address*

**New York, NY 10174**
*City, State, Zip Code*

**(646) 965-8830**         **(212) 826-7146**
*Telephone: (xxx)xxx–xxxx*  *Facsimile: (xxx)xxx–xxxx*

THE FREE AND SOVEREIGN MEXICAN STATE OF QUINTANA ROO
*Attorneys for Plaintiff/Defendant [Party Name(s)]*