UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20215-CIV-MORENO

IN RE APPLICATION OF THE FREE
AND SOVEREIGN MEXICAN STATE
OF QUINTANA ROO FOR JUDICIAL
ASSISTANCE PURSUANT TO
28 U.S.C. § 1782,

_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon the Motion to Appear *Pro Hac Vice* (**D.E. 7**), filed on **January 16, 2019**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Attorney Jason H. Berland is admitted *pro hac vice* to practice before this Court on the above-styled case. The Clerk of the Court shall provide electronic notice of all filings on this docket to Jason H. Berland at the following email address: jason.berland@ibkmlaw.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of February 2019.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record