UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 19-MC-20215-MORENO/LOUIS

IN RE APPLICATION OF THE FREE
AND SOVEREIGN MEXICAN STATE
OF QUINTANA ROO FOR JUDICIAL
ASSISTANCE PURSUANT TO
28 U.S.C. § 1782
_____/

**ORDER**

THIS CAUSE came before the Court on Applicant The Free and Sovereign Mexican State of Quintana Roo's *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (ECF No. 1) ("Application"). This case was referred to the undersigned United States Magistrate Judge by the Honorable Federico A. Moreno, United States District Judge, to take all necessary and proper action as required by law with respect to any and all pretrial matters (ECF No. 10). Having carefully reviewed the Application, its supporting Memorandum of Law (ECF No. 3), the supporting Declarations and Exhibits (ECF No. 4), and the legal authorities associated with 28 U.S.C. § 1782, it is hereby ORDERED AND ADJUDGED as follows:

1. The Application (ECF No. 1) is GRANTED.

2. The Applicant is authorized to issue and serve subpoenas seeking: (i) testimony from Claudia Romanillos Villanueva, Eduardo Solis Azarcoya, Hector Manuel Peredo Rincon, and Bernardo Quezada Salas (as well as from Maria Rosa Yolanda Angulo Castilla, Roberto Borge Martin, and Cesar Celso Gonzalez Hermosillo ("Respondents"), should they be found in the Southern District of Florida); (ii) documents pertaining to companies associated with Respondents that purchased Florida real estate; (iii) testimony from persons connected to the purchase and

maintenance of this real estate; and (iv) bank records for accounts associated with or controlled by Respondents and their companies.

3. The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery assistance by the Applicant.

4. A copy of this Order shall be served with each discovery demand.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of April, 2019.

LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE